FILED

2022 Feb-14  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| VANDALE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:20-cv-688-LSC-GMB |
| | ) | |
| BRUCE BAXTER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a Report on January 13, 2022, recommending that the defendant's motion for summary judgment be granted in part and denied in part. Doc. 14. Specifically, the magistrate judge recommended that the defendant's motion for summary judgment on the plaintiff's Fourteenth Amendment false disciplinary claim be granted. Doc. 14 at 10–11. The magistrate judge further recommended that the defendant's motion for summary judgment on the plaintiff's Eighth Amendment excessive force claim be denied. Doc. 14 at 10–11. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendations. Accordingly, the

court **ORDERS** that the defendant's motion for summary judgment is **GRANTED**

in part and **DENIED** in part.

This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** on February 14, 2022.

_____
L. Scott Coogler
United States District Judge

160704